FARHAD NOVIAN (SBN 118129)
JOSEPH A. LOPEZ (SBN 268511)
**NOVIAN & NOVIAN, LLP**
**1801 Century Park East, Suite 1201**
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222
Farhad@NovianLaw.com
Joseph@NovianLaw.com

Attorney for Plaintiff,
BEN KWOK

# JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., a Delaware corporation; GOJANE, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV-13-06480-RGK-JCx<br><br>[Assigned for all purposes to Hon. R. Gary Klausner, judge presiding]<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS** |

1     [~~PROPOSED~~] ORDER:

2     FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3 ORDERED:

4     A.    This action is dismissed with prejudice;

5     B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

7     C.    The parties to this stipulation will each bear their own costs as incurred against one another in this action.

9     SO ORDERED.

10 Date: December 19, 2013    By: _____

11                                 HONORABLE R. GARY KLAUSNER